**IN THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Sheila Santos-Silva | | |
| DEBTOR | : | BKY. NO.   18-11455JKF13 |

**O R D E R**

AND NOW, this 22nd day of May, 2018 upon consideration of Debtor's Motion to Avoid Judicial Lien of Discover Bank c/o Discover Products Inc.,

It is Ordered that the Motion is Granted. The judicial lien upon Debtor's residence 932 E. Roumfort Road, Philadelphia, PA pursuant to Philadelphia civil action of SC-17-11-01-3179 in the amount of $8,750.28 entered on January 8, 2018 is avoided pursuant to 11 U.S.C 522 (d) (1) upon Discharge.

By the Court,

_____
Judge Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Michael Dougherty, Esquire
324 Chestnut Street
Suite 501
Philadelphia, PA 19106