United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sheila W. Santos-Silva  
    Debtor

Case No. 18-11455-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: May 22, 2018  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.  
db         +Sheila W. Santos-Silva,    932 E. Roumfort Road,    Philadelphia, PA 19150-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14067703       E-mail/Text: mrdiscen@discover.com May 23 2018 01:36:21     Discover Bank,  
         Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                                                                                                                                                                TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Sheila W. Santos-Silva ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Sheila W. Santos-Silva ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

Sheila Santos-Silva
       DEBTOR : BKY. NO.  18-11455JKF13

**O R D E R**

    AND NOW, this    22nd    day of    May    , 2018 upon consideration of Debtor's Motion to Avoid Judicial Lien of Discover Bank c/o Discover Products Inc.,

    It is Ordered that the Motion is Granted. The judicial lien upon Debtor's residence 932 E. Roumfort Road, Philadelphia, PA pursuant to Philadelphia civil action of SC-17-11-01-3179 in the amount of $8,750.28 entered on January 8, 2018 is avoided pursuant to 11 U.S.C 522 (d) (1) upon Discharge.

                                  By the Court,

                                  Judge Jean K. FitzSimon
                                  U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esquire
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102

       William C. Miller, Esquire
       Chapter 13 Trustee
       PO Box 1229
       Philadelphia, PA 19105

       Michael Dougherty, Esquire
       324 Chestnut Street
       Suite 501
       Philadelphia, PA 19106