**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :          **CHAPTER 13**
**Sheila W. Santos-Silva**


     **DEBTOR**                          :          **BKY. NO.  18-11455JKF13**


**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application  and Application to Approve Counsel Fees.

Respectfully Submitted,


Date:  May 29, 2018                    _____s/_____
MICHAEL A. CATALDO, ESQUIRE
CIBIK & CATALDO, P.C.
1500 WALNUT  STREET, STE. 900
PHILADELPHIA, PA  19102
(215) 735-1060