# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sheila W. Santos-Silva
        Debtor

Lakeview Loan Servicing, LLC
        Movant
  vs.

Sheila W. Santos-Silva
        Respondent

CHAPTER 13

NO. 18-11455 JKF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Lakeview Loan Servicing, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about May 17, 2018 (Document No. 22).

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        Attorney for Movant
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

August 7, 2018