**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: SHEILA SANTOS-SILVA,<br>                    Debtor(s). | Case No. 18-11455JKF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___1st___ day of ___October___, 201_8_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** may be disbursed by the Chapter 13 Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

FREDERICK L. REIGLE, ESQ.
Chapter 13 Trustee
PO Box 4010
Reading, PA  19606
ecfmail@fredreiglech13.com

SHEILA SANTOS-SILVA
Debtor(s)
932 E. Roumfort Road
Philadelphia, PA  19150