# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Sheila W. Santos-Silva, | ) | Case No. 18-11455-jkf |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |

## NOTICE OF ADDRESS CHANGE

Debtor Sheila W. Santos-Silva respectfully gives notice of the following change of mailing address:

Old Address:    Sheila W. Santos-Silva
932 E Roumfort Rd
Philadelphia, PA  19150

New Address:    Sheila W. Santos-Silva
PO Box 27734
Philadelphia, PA  19118-0734

Date of Change:    Immediate

Dated: April 23, 2020

/s/ *Michael A. Cibik*
Michael A. Cibik
Attorney ID #23110
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102-3518
215-735-1060
Attorney for Debtor