**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        CHAPTER 13
Sheila W. Santos-Silva


DEBTOR                    :        BKY. NO.  18-11455JKF13


**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

Respectfully Submitted,

Date:  May 14, 2020                _____s/_____
MICHAEL A. CATALDO, ESQUIRE
CIBIK & CATALDO, P.C.
1500 WALNUT  STREET, STE. 900
PHILADELPHIA, PA  19102
(215) 735-1060