**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                              :Chapter 13

Sheila W. Santos-Silva

  (DEBTOR)                                                  :BankruptcyNo.18-11455JKF13

**ADDENDUM TO MODIFIED PLAN**

Debtor hereby increases the base amount of the plan to $44.80 to total of $25,279.80 and will pay an additional $44.80 prior to Discharge.

Date: May 20, 2020                          BY: /s/ Michael A. Cataldo
                                            MICHAEL A. CATALDO, ESQUIRE
                                            Cibik & Cataldo, P.C.
                                            1500 Walnut Street, Suite 900
                                            Philadelphia, PA  19102
                                            215-735-1060/fax 215-735-6769