**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            :        CHAPTER 13

Sheila Santos-Silva
    DEBTOR                      :        BKY. NO.  18-11455JKF13

**ORDER**

AND NOW, this            day of              2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed April 24, 2020 as document number 44 is approved.

By the Court:

*/s/ Jean K. FitzSimon*

**Date: May 27, 2020**

Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE