United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sheila W. Santos-Silva  
Sheila W. Santos-Silva  
    Debtors

Case No. 18-11455-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: May 27, 2020  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2020.
db          Sheila W. Santos-Silva,    MAILING ADDRESS,    PO Box 27734,    Philadelphia, PA   19118-0734  
db        #+Sheila W. Santos-Silva,    932 E. Roumfort Road,    Philadelphia, PA 19150-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MICHAEL A. CATALDO2    on behalf of Debtor Sheila W. Santos-Silva ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Sheila W. Santos-Silva ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                                        TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             :        CHAPTER 13

Sheila Santos-Silva
    DEBTOR                             :        BKY. NO.  18-11455JKF13

## ORDER

AND NOW, this _____ day of _____ 2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed April 24, 2020 as document number 44 is approved.

By the Court:

*[signature]*

**Date: May 27, 2020**            Hon. Jean K. FitzSimon
                                                 U.S. BANKRUPTCY JUDGE