| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-11455-AMC**

SHEILA W  SANTOS-SILVA
P O BOX 27734
PHILADELPHIA  PA    19118-0734

Petition Filed Date: 03/02/2018
341 Hearing Date: 04/20/2018
Confirmation Date: 09/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | $410.00 | | 02/05/2019 | $410.00 | | 03/04/2019 | $410.00 | |
| 04/09/2019 | $410.00 | | 05/14/2019 | $410.00 | | 06/04/2019 | $410.00 | |
| 07/15/2019 | $410.00 | | 08/13/2019 | $410.00 | | 09/17/2019 | $410.00 | |
| 10/18/2019 | $410.00 | 6261019000 | 11/05/2019 | $410.00 | 6310871000 | 12/17/2019 | $410.00 | 6410214000 |
| 02/05/2020 | $820.00 | 6537763000 | 02/28/2020 | $410.00 | 6595208000 | 05/08/2020 | $410.00 | 6778451000 |
| 06/22/2020 | $385.00 | 6881813000 | 07/24/2020 | $265.00 | 6959870000 | | | |

**Total Receipts for the Period: $7,210.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 009 | Unsecured Creditors | $848.95 | $0.00 | $848.95 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 010 | Unsecured Creditors | $442.92 | $0.00 | $442.92 |
| 12 | CAVALRY INVESTMENTS LLC »» 012 | Unsecured Creditors | $1,767.72 | $0.00 | $1,767.72 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $8,615.28 | $0.00 | $8,615.28 |
| 5 | DEPARTMENT STORES NATIONAL BANK »» 005 | Unsecured Creditors | $731.39 | $0.00 | $731.39 |
| 4 | DEPARTMENT STORE NATIONAL BANK »» 004 | Unsecured Creditors | $454.18 | $0.00 | $454.18 |
| 1 | UNITED STATES TREASURY (IRS) »» 01P | Priority Creditors | $6,899.68 | $4,797.98 | $2,101.70 |
| 1 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $116.68 | $0.00 | $116.68 |
| 18 | M&T BANK »» 018 | Mortgage Arrears | $3,168.42 | $0.00 | $3,168.42 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 016 | Unsecured Creditors | $954.52 | $0.00 | $954.52 |
| 17 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 017 | Unsecured Creditors | $767.42 | $0.00 | $767.42 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 013 | Unsecured Creditors | $884.39 | $0.00 | $884.39 |
| 14 | MOMA FUNDING LLC »» 014 | Unsecured Creditors | $604.93 | $0.00 | $604.93 |
| 8 | ONE MAIN FINANCIAL »» 008 | Secured Creditors | $6,793.20 | $0.00 | $6,793.20 |

| 15 | PHILADELPHIA GAS WORKS »» 015 | Unsecured Creditors | $1,885.42 | $0.00 | $1,885.42 |
| 11 | CITY OF PHILADELPHIA (LD) »» 011 | Secured Creditors | $1,298.50 | $0.00 | $1,298.50 |
| 20 | PNC BANK »» 020 | Unsecured Creditors | $1,082.91 | $0.00 | $1,082.91 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $718.18 | $0.00 | $718.18 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $528.03 | $0.00 | $528.03 |
| 19 | TD BANK USA NA »» 019 | Unsecured Creditors | $347.59 | $0.00 | $347.59 |
| 2 | CIBIK & CATALDO PC »» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK & CATALDO PC | Attorney Fees | $750.00 | $369.00 | $381.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,660.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $9,166.98 | Arrearages: | $0.00 |
| Paid to Trustee: | $908.02 | Total Plan Base: | $25,279.80 |
| Funds on Hand: | $585.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.