**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Sheila Santos-Silva

   (DEBTOR) : Bankruptcy No. 18-11455AMC13

## O R D E R

AND NOW, this _____ day of _____, 2021 upon consideration of Debtor's Motion to Approve Partial Claim Mortgage

It is Ordered that the Motion is Granted.

By the Court:

**Date: March 17, 2021**

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE