United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-11455-amc
Sheila W. Santos-Silva  Chapter 13
Sheila W. Santos-Silva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Mar 17, 2021  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sheila W. Santos-Silva, MAILING ADDRESS, PO Box 27734, Philadelphia, PA 19118-0734 |
| db | #+ | Sheila W. Santos-Silva, 932 E. Roumfort Road, Philadelphia, PA 19150-3216 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:**

**Name**   **Email Address**

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MICHAEL A. CATALDO2
    on behalf of Debtor Sheila W. Santos-Silva ecf@ccpclaw.com  igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
    on behalf of Debtor Sheila W. Santos-Silva ecf@ccpclaw.com  igotnotices@ccpclaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

REBECCA ANN SOLARZ
    on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Sheila Santos-Silva

   (DEBTOR) : Bankruptcy No. 18-11455AMC13

**O R D E R**

   AND NOW, this     day of    , 2021 upon consideration of Debtor's Motion to Approve Partial Claim Mortgage

   It is Ordered that the Motion is Granted.

By the Court:

**Date: March 17, 2021**

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE