Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-11455-AMC**

SHEILA W  SANTOS-SILVA  
P O BOX 27734  
PHILADELPHIA  PA    19118-0734

Petition Filed Date: 03/02/2018  
341 Hearing Date: 04/20/2018  
Confirmation Date: 09/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2020 | $820.00 | 6537763000 | 02/28/2020 | $410.00 | 6595208000 | 05/08/2020 | $410.00 | 6778451000 |
| 06/22/2020 | $385.00 | 6881813000 | 07/24/2020 | $265.00 | 6959870000 | 08/31/2020 | $265.00 | 7048815000 |
| 10/05/2020 | $530.00 | 7133555000 | 11/09/2020 | $265.00 | 7222593000 | 12/02/2020 | $265.00 | 7279079000 |
| 12/21/2020 | $265.00 | 7317403000 | 02/12/2021 | $265.00 | 7448822000 | 04/05/2021 | $265.00 | 7568141000 |
| 05/06/2021 | $265.00 | 7655026000 | | | | | | |

**Total Receipts for the Period: $4,675.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,045.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 009 | Unsecured Creditors | $848.95 | $0.00 | $848.95 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 010 | Unsecured Creditors | $442.92 | $0.00 | $442.92 |
| 12 | CAVALRY INVESTMENTS LLC<br>»» 012 | Unsecured Creditors | $1,767.72 | $0.00 | $1,767.72 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $8,615.28 | $0.00 | $8,615.28 |
| 5 | DEPARTMENT STORES NATIONAL BANK<br>»» 005 | Unsecured Creditors | $731.39 | $0.00 | $731.39 |
| 4 | DEPARTMENT STORE NATIONAL BANK<br>»» 004 | Unsecured Creditors | $454.18 | $0.00 | $454.18 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $6,899.68 | $6,899.68 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $116.68 | $0.00 | $116.68 |
| 18 | M&T BANK<br>»» 018 | Mortgage Arrears | $3,168.42 | $18.56 | $3,149.86 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 016 | Unsecured Creditors | $954.52 | $0.00 | $954.52 |
| 17 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 017 | Unsecured Creditors | $767.42 | $0.00 | $767.42 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $884.39 | $0.00 | $884.39 |
| 14 | MOMA FUNDING LLC<br>»» 014 | Unsecured Creditors | $604.93 | $0.00 | $604.93 |
| 8 | ONE MAIN FINANCIAL<br>»» 008 | Secured Creditors | $6,793.20 | $39.79 | $6,753.41 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PHILADELPHIA GAS WORKS<br>»» 015 | Unsecured Creditors | $1,885.42 | $0.00 | $1,885.42 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,298.50 | $0.00 | $1,298.50 |
| 20 | PNC BANK<br>»» 020 | Unsecured Creditors | $1,082.91 | $0.00 | $1,082.91 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $718.18 | $0.00 | $718.18 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $528.03 | $0.00 | $528.03 |
| 19 | TD BANK USA NA<br>»» 019 | Unsecured Creditors | $347.59 | $0.00 | $347.59 |
| 2 | CIBIK & CATALDO PC<br>»» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK & CATALDO PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $13,045.00 | | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $11,708.03 | | Arrearages: | $265.00 |
| Paid to Trustee: | $1,090.87 | | Total Plan Base: | $25,279.80 |
| Funds on Hand: | $246.10 | | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.