# Clarice Arnold

| | |
|---|---|
| **From:** | Cataldo, Michael <mcataldo@ccpclaw.com> |
| **Sent:** | Wednesday, September 22, 2021 2:20 PM |
| **To:** | Timothy McGrath |
| **Cc:** | Clarice Arnold; Cibik, Michael; Matteis, Nancy |
| **Subject:** | CIBIK & CATALDO, PC  AND  CIBIK LAW, PC |
| **Attachments:** | cataldo cases.html |

**CAUTION - EXTERNAL:**

In follow up to our conference call ;This is authorizing that all cases on the attached list be reflected that Mike Cataldo and the Firm Cibik & Cataldo, PC has withdrawn as counsel and Michael A Cibik and the firm Cibik Law, Pc has entered its appearance as the new counsel of record.  Thank you for your time and help in this regard.

Michael A. Cataldo, Esq.
Cibik Law
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Tel: (215) 735-1060
Fax: (215) 735-6769

This message contains information which may be confidential and privileged. If you have received this message in error, please delete it.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CM/ECF

- [Bankruptcy](#)
- [Adversary](#)
- [Query](#)
- [Reports](#)
- [Utilities](#)
- [Search](#)
- Help
- [Log Out](#)

---

# Select a Case

**There was 1 matching person.**

**There were 190 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| CATALDO2, MICHAEL A. (aty) (190 cases) | 15-18057-elf | David P. Heun and Diane P. Heun | 13 | 11/09/15 | N / A | N / A |
| | 15-18570-elf | William Roland | 13 | 11/30/15 | N / A | N / A |
| | 16-11631-amc | Betty S. Taylor | 13 | 03/10/16 | N / A | N / A |
| | 16-11781-amc | Jerome G Gardiner | 13 | 03/16/16 | N / A | N / A |
| | 16-12730-mdc | Crystal D. Wilson | 13 | 04/18/16 | N / A | N / A |
| | 16-13898-elf | Tara C. O'Hare | 13 | 05/31/16 | N / A | N / A |
| | 16-14023-elf | Lauren Grimes | 13 | 06/06/16 | N / A | N / A |
| | 16-14257-amc | Keith R. Patton and Krista L. Patton | 13 | 06/14/16 | N / A | N / A |
| | 16-14518-elf | Gregory Veksler | 13 | 06/24/16 | N / A | N / A |
| | 16-15201-elf | Pamela A. Howard and James C. Howard, Jr. | 13 | 07/22/16 | N / A | N / A |
| | 16-16174-elf | Alex Yongu and Alex Yongu | 13 | 09/01/16 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [16-16452-elf]  | Komlan Touglo | 13 | 09/13/16 | N / A | N / A |
| [16-16637-elf]  | Denise G. Prescott | 13 | 09/20/16 | N / A | N / A |
| [16-16661-amc]  | Timothy Boyle and Heather Boyle | 13 | 09/21/16 | N / A | N / A |
| [16-16733-mdc]  | Francisco Rosario, Jr. and Siomaira Rosario | 13 | 09/23/16 | N / A | N / A |
| [16-16774-elf]  | Angela S. McCord | 13 | 09/26/16 | N / A | N / A |
| [16-16863-mdc]  | Josh A. Davidson and Tina N. Davidson | 13 | 09/28/16 | N / A | N / A |
| [16-17266-elf]  | Reinaldo DeJesus | 13 | 10/13/16 | N / A | N / A |
| [16-17375-mdc]  | Kelley A. Williamson | 13 | 10/19/16 | N / A | N / A |
| [16-17752-mdc]  | Michael A. Anzideo | 13 | 11/03/16 | N / A | N / A |
| [16-17812-amc]  | James W. Samuel | 13 | 11/07/16 | N / A | N / A |
| [16-17817-mdc]  | Simona S. Robinson | 13 | 11/07/16 | N / A | N / A |
| [16-17904-mdc]  | Maria A. Zalewski | 13 | 11/10/16 | N / A | N / A |
| [16-18419-elf]  | William J. Anello | 13 | 12/06/16 | N / A | N / A |
| [16-18913-mdc]  | Luz G. Ramos | 13 | 12/30/16 | N / A | N / A |
| [17-10325-elf]  | LaKeisha N. Gadson | 13 | 01/17/17 | N / A | N / A |
| [17-10327-mdc]  | Janice K. Goode | 13 | 01/17/17 | N / A | N / A |
| [17-10328-elf]  | Johnetta C. Pumphrey | 13 | 01/17/17 | N / A | N / A |
| [17-10703-mdc]  | John Martin, Jr. and Carol D. Martin | 13 | 01/31/17 | N / A | N / A |
| [17-10863-elf]  | Harold L. Hawkins and Harold L. Hawkins | 13 | 02/07/17 | N / A | N / A |
| [17-11314-mdc]  | Bernardo Gonzalez | 13 | 02/24/17 | N / A | N / A |
| [17-11353-mdc]  | Stephen M. Rouleau and Dianne M. Rouleau | 13 | 02/27/17 | N / A | N / A |
| [17-11470-amc]  | Michael C. Lazenka | 13 | 03/02/17 | N / A | N / A |
| [17-11487-amc]  | Joanne D. Neil Jackson | 13 | 03/03/17 | N / A | N / A |
| [17-11618-mdc]  | Nicole V. Godbolt-Greene | 13 | 03/08/17 | N / A | N / A |
| [17-11784-mdc]  | Jennifer H. Schaeffer | 13 | 03/14/17 | N / A | N / A |
| [17-12835-mdc]  | Zakiyyah L. Suluki | 13 | 04/24/17 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 17-12927-mdc | Kimberly S. Lloyd | 13 | 04/26/17 | N / A | N / A |
| 17-13179-mdc | Christopher R Smialowski and Michelle Smialowski | 13 | 05/03/17 | N / A | N / A |
| 17-13186-mdc | Kellianne Lauer and Kevin M. Lauer | 13 | 05/03/17 | N / A | N / A |
| 17-13280-mdc | Oscar D. Franquie and Monica I. Franquie | 13 | 05/08/17 | N / A | N / A |
| 17-13465-amc | Elizabeth V. Wade | 13 | 05/16/17 | N / A | N / A |
| 17-13955-mdc | Vida Debrah | 13 | 06/06/17 | N / A | N / A |
| 17-13985-elf | Angenette McBryde | 13 | 06/07/17 | N / A | N / A |
| 17-14019-elf | Veronica L. Smoot | 13 | 06/08/17 | N / A | N / A |
| 17-14812-mdc | Randy L. Kopf | 13 | 07/17/17 | N / A | N / A |
| 17-14816-elf | Nichole E. Miller | 13 | 07/17/17 | N / A | N / A |
| 17-15021-mdc | Torre L. Adams | 13 | 07/25/17 | N / A | N / A |
| 17-15164-elf | Emily J. Ransome | 13 | 07/31/17 | N / A | N / A |
| 17-15305-mdc | Jeong Hui Kim and Wan Su Kim | 13 | 08/03/17 | N / A | N / A |
| 17-15382-elf | Gwendolyn A. Parker and Leon L. Parker, Deceased | 13 | 08/08/17 | N / A | N / A |
| 17-15418-mdc | Wilfredo Vargas | 13 | 08/09/17 | N / A | N / A |
| 17-15912-amc | Samuel J. Nicholson | 13 | 08/31/17 | N / A | N / A |
| 17-15964-elf | Demetria S. Wade | 13 | 09/01/17 | N / A | N / A |
| 17-16735-mdc | Marla Winder Burke and Oliver L. Burke | 13 | 10/02/17 | N / A | N / A |
| 17-17167-mdc | Julian O. Garnett and Latrell B. Garnett | 13 | 10/23/17 | N / A | N / A |
| 17-17660-amc | Robert T. Lee and Shannon Lee | 13 | 11/09/17 | N / A | N / A |
| 17-17702-amc | Bernice Rush | 13 | 11/13/17 | N / A | N / A |
| 17-18128-elf | Betzaida Cartagena | 13 | 12/04/17 | N / A | N / A |
| 17-18174-amc | Ida L. Johnson | 13 | 12/05/17 | N / A | N / A |
| 17-18520-elf | Jesse Cohen, Jr. | 13 | 12/20/17 | N / A | N / A |

Live Database Area                                                                                                          file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 18-11455-amc    Doc 68    Filed 09/22/21    Entered 09/22/21 14:46:31    Desc Main
                        Document         Page 5 of 10

| | | | | | |
|---|---|---|---|---|---|
| 17-18546-elf | Daniel J. Graveley, Sr. and Daniel J. Graveley, Sr. | 13 | 12/21/17 | N / A | N / A |
| 18-10120-elf | Adam L. Williams | 13 | 01/08/18 | N / A | N / A |
| 18-10926-amc | Lorrie-Ann D. Thorne | 13 | 02/09/18 | N / A | N / A |
| 18-11074-mdc | Michael F. Bush and Donna R. Bush | 13 | 02/16/18 | N / A | N / A |
| 18-11085-mdc | Joseph DePaula | 13 | 02/16/18 | N / A | N / A |
| 18-11455-amc | Sheila W. Santos-Silva and Sheila W. Santos-Silva | 13 | 03/02/18 | N / A | N / A |
| 18-11580-elf | Kevin E Butler, Sr. | 13 | 03/08/18 | N / A | N / A |
| 18-11934-elf | Janice E. Sephes | 13 | 03/23/18 | N / A | N / A |
| 18-11941-mdc | Sherita S. Stokes | 13 | 03/23/18 | N / A | N / A |
| 18-12480-amc | Sandra T. Kinsler | 13 | 04/13/18 | N / A | N / A |
| 18-13212-mdc | Marc C. Daly | 13 | 05/14/18 | N / A | N / A |
| 18-13306-elf | Michael Coston | 13 | 05/17/18 | N / A | N / A |
| 18-13392-mdc | Joan J. Alleyne | 13 | 05/22/18 | N / A | N / A |
| 18-13847-mdc | Martin Washington and Patricia Washington | 13 | 06/08/18 | N / A | N / A |
| 18-14066-elf | Sean Crawford and Sean Crawford | 13 | 06/19/18 | N / A | N / A |
| 18-14118-elf | Juan L. Torres | 13 | 06/21/18 | N / A | N / A |
| 18-14826-mdc | Tracean L. Archibald and Leon G. Archibald | 13 | 07/20/18 | N / A | N / A |
| 18-14974-mdc | Bryan McLaughlin | 13 | 07/27/18 | N / A | N / A |
| 18-14980-elf | Dana L. Haynes | 13 | 07/27/18 | N / A | N / A |
| 18-15084-elf | Frank A Belfatto | 13 | 08/01/18 | N / A | N / A |
| 18-15136-mdc | Christine Bentick | 13 | 08/03/18 | N / A | N / A |
| 18-15205-elf | Bernice Love | 13 | 08/06/18 | N / A | N / A |
| 18-15302-mdc | Lauren A. Parker | 13 | 08/09/18 | N / A | N / A |
| 18-15983-mdc | Lorraine Smalley-Small | 13 | 09/10/18 | N / A | N / A |
| 18-16198-elf | Craig M. Phillips | 13 | 09/19/18 | N / A | N / A |
| 18-16262-amc | Lisa A. Rivera | 13 | 09/20/18 | N / A | N / A |

| Case | Debtor | Ch | Filed | | |
|---|---|---|---|---|---|
| 18-16479-mdc | Doris I. Yarbrough | 13 | 09/28/18 | N / A | N / A |
| 18-16712-mdc | Luis F. Melendez | 13 | 10/08/18 | N / A | N / A |
| 18-16820-mdc | Doris L Rivers | 13 | 10/12/18 | N / A | N / A |
| 18-16903-elf | Dora L. Reese | 13 | 10/17/18 | N / A | N / A |
| 18-17279-mdc | Evadney Scoggins | 13 | 11/02/18 | N / A | N / A |
| 18-17363-mdc | Freddrena A. Lowman | 13 | 11/06/18 | N / A | N / A |
| 18-17608-mdc | Michael Melendez and Phyllis Melendez | 13 | 11/15/18 | N / A | N / A |
| 18-17780-elf | Arlene Glover | 13 | 11/27/18 | N / A | N / A |
| 18-18099-elf | Viviana M. Caraballo | 13 | 12/07/18 | N / A | N / A |
| 18-18160-elf | Camilla Brown | 13 | 12/11/18 | N / A | N / A |
| 19-10272-amc | Gerald F. Long | 13 | 01/16/19 | N / A | N / A |
| 19-10282-mdc | Erin M. Kocotis | 13 | 01/16/19 | N / A | N / A |
| 19-10320-mdc | Moussa Sango | 13 | 01/17/19 | N / A | N / A |
| 19-10323-amc | Arcy E. Crute | 13 | 01/17/19 | N / A | N / A |
| 19-10735-amc | Dana K. Davis | 13 | 02/05/19 | N / A | N / A |
| 19-10801-mdc | Summer L. Weeks and Bikim L. Weeks | 13 | 02/07/19 | N / A | N / A |
| 19-10915-amc | Jeffrey T. Esposito and Helen J. Esposito | 13 | 02/14/19 | N / A | N / A |
| 19-10921-elf | Anita B. Brown | 13 | 02/14/19 | N / A | N / A |
| 19-11172-mdc | Martina M. Everette | 13 | 02/26/19 | N / A | N / A |
| 19-11306-mdc | William T. Smith | 13 | 03/04/19 | N / A | N / A |
| 19-11437-mdc | John J. McNish | 13 | 03/07/19 | N / A | N / A |
| 19-11701-mdc | Trina S. Upchurch | 13 | 03/20/19 | N / A | N / A |
| 19-12086-mdc | Katherine Ann Ross and Katherine Ann Ross | 13 | 04/01/19 | N / A | N / A |
| 19-12538-mdc | Larry Sakson | 13 | 04/18/19 | N / A | N / A |
| 19-12933-mdc | Aby P. Mathew | 13 | 05/06/19 | N / A | N / A |
| 19-12998-amc | Dorsey Cromwell | 13 | 05/08/19 | N / A | N / A |
| 19-13130-elf | Joseph A. Finnegan, IV | 13 | 05/14/19 | N / A | N / A |

| Case Number | Debtor(s) | Chapter | Filed | | |
|---|---|---|---|---|---|
| 19-13321-elf | Eladio Diaz | 13 | 05/23/19 | N / A | N / A |
| 19-13434-mdc | Kimberly M. Setlowe | 13 | 05/29/19 | N / A | N / A |
| 19-13826-elf | Karen Mulson | 13 | 06/13/19 | N / A | N / A |
| 19-13838-mdc | Roslyn R. Haines | 13 | 06/14/19 | N / A | N / A |
| 19-13913-mdc | Jay R. Truesdale | 13 | 06/19/19 | N / A | N / A |
| 19-14451-mdc | Mayank Patel and Dhvani Patel | 13 | 07/15/19 | N / A | N / A |
| 19-14592-mdc | Kristy L. King | 13 | 07/22/19 | N / A | N / A |
| 19-14648-amc | Dennis R. Morales and Ericka L Morales | 13 | 07/25/19 | N / A | N / A |
| 19-14674-mdc | Calvin E. Palmer | 13 | 07/26/19 | N / A | N / A |
| 19-14701-mdc | Scott D. Posen | 13 | 07/29/19 | N / A | N / A |
| 19-15031-elf | James L. Broadhurst and Judith M. Broadhurst | 13 | 08/09/19 | N / A | N / A |
| 19-15065-mdc | Stephen Jaffe (DECEASED) and Leslie Jaffe | 13 | 08/12/19 | N / A | N / A |
| 19-15353-mdc | Steven L. Jones | 13 | 08/27/19 | N / A | N / A |
| 19-15426-mdc | Kimberly A. Bryant | 13 | 08/30/19 | N / A | N / A |
| 19-15665-elf | Charlene M. Collins | 13 | 09/11/19 | N / A | N / A |
| 19-15682-elf | Victor L. Kopczynski | 13 | 09/12/19 | N / A | N / A |
| 19-16105-amc | Jenna Shomo | 13 | 09/27/19 | N / A | N / A |
| 19-16254-amc | Henry Bedford | 13 | 10/03/19 | N / A | N / A |
| 19-16617-elf | Susan L. Marsh | 13 | 10/23/19 | N / A | N / A |
| 19-16660-elf | David L. Harvey | 13 | 10/24/19 | N / A | N / A |
| 19-16765-mdc | Claudia A. Nesmith | 13 | 10/30/19 | N / A | N / A |
| 19-16776-amc | Asia M. Keomanivanh | 13 | 10/30/19 | N / A | N / A |
| 19-16921-mdc | Kia R. Holland | 13 | 11/04/19 | N / A | N / A |
| 19-16923-mdc | Donna M. Smith | 13 | 11/04/19 | N / A | N / A |
| 19-16929-mdc | April L. Anderson | 13 | 11/04/19 | N / A | N / A |
| 19-17019-mdc | Shon J. Bersch and Jennifer A. Bersch | 13 | 11/07/19 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 19-17071-amc | Emil C. Panait | 13 | 11/08/19 | N / A | N / A |
| 19-17136-elf | Tiffany J. Collins | 13 | 11/13/19 | N / A | N / A |
| 19-17263-mdc | Mikole Rivera | 13 | 11/19/19 | N / A | N / A |
| 19-17354-amc | John F. Perkins and Regina Perkins | 13 | 11/22/19 | N / A | N / A |
| 19-17545-elf | Julie Brayer | 13 | 12/03/19 | N / A | N / A |
| 19-17672-amc | Terrance Waller | 13 | 12/09/19 | N / A | N / A |
| 19-17967-amc | Robert William Cohen | 13 | 12/26/19 | N / A | N / A |
| 19-17971-amc | Simona M. Pearson | 13 | 12/26/19 | N / A | N / A |
| 20-10075-elf | Joyce S. Barbour | 13 | 01/06/20 | N / A | N / A |
| 20-10219-elf | Kelly Rooney | 13 | 01/13/20 | N / A | N / A |
| 20-10302-amc | Tricia N. Harris | 13 | 01/16/20 | N / A | N / A |
| 20-10306-amc | David J. Wallace | 13 | 01/16/20 | N / A | N / A |
| 20-10399-mdc | Atwood M. Lewis | 13 | 01/22/20 | N / A | N / A |
| 20-10524-amc | George C. Fox and Lauren K. Fox | 13 | 01/28/20 | N / A | N / A |
| 20-10560-amc | Laura D. Crapps | 13 | 01/29/20 | N / A | N / A |
| 20-10643-mdc | Sharifah R. Patience | 13 | 01/31/20 | N / A | N / A |
| 20-10680-amc | Daphne Anne Tilsner | 7 | 02/03/20 | N / A | N / A |
| 20-10901-amc | Sheronda M. Wheeler and Troy Wheeler | 13 | 02/13/20 | N / A | N / A |
| 20-10955-amc | Diane M. Hart | 13 | 02/17/20 | N / A | N / A |
| 20-11004-mdc | Cheryl E. Brown | 13 | 02/19/20 | N / A | N / A |
| 20-11233-amc | Christopher M. Graney | 13 | 02/28/20 | N / A | N / A |
| 20-11434-elf | Curtis Barker | 13 | 03/05/20 | N / A | N / A |
| 20-11474-mdc | Paula R. Dwojak | 13 | 03/09/20 | N / A | N / A |
| 20-11627-elf | Lisa M. Williams | 13 | 03/16/20 | N / A | N / A |
| 20-11707-elf | Jawad T. Murtaja and Amany J. Murtaja | 13 | 03/19/20 | N / A | N / A |
| 20-11727-mdc | Frank M. Scutti | 13 | 03/20/20 | N / A | N / A |
| 20-11731-mdc | Frederick C. James | 13 | 03/20/20 | N / A | N / A |
| 20-12017-mdc | Roosevelt Crapps, Jr. | 13 | 04/16/20 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 20-12587-elf | Melissa M. Meyers | 13 | 06/10/20 | N / A | N / A |
| 20-12617-elf | Monica J. Schwartz | 13 | 06/12/20 | N / A | N / A |
| 20-12638-mdc | Trinh T. Chau | 13 | 06/15/20 | N / A | N / A |
| 20-12704-mdc | Rasul K. Mustapayev | 13 | 06/19/20 | N / A | N / A |
| 20-12727-elf | Charles L. Brown and Tyheise K. Brown | 13 | 06/22/20 | N / A | N / A |
| 20-12969-amc | Garnet V. Irving | 13 | 07/10/20 | N / A | N / A |
| 20-13066-amc | Allan L. Cosby | 13 | 07/21/20 | N / A | N / A |
| 20-13521-amc | Shasia B. Willis | 13 | 08/31/20 | N / A | N / A |
| 20-13974-amc | Colleen I. Robins | 13 | 10/05/20 | N / A | N / A |
| 20-13982-amc | Anthony J. Costanzo and Kimberly A. Katchen-Costanzo | 13 | 10/05/20 | N / A | N / A |
| 20-14011-amc | Raymond R. Williams | 13 | 10/07/20 | N / A | N / A |
| 20-14119-elf | Wendell N. Calloway | 13 | 10/16/20 | N / A | N / A |
| 20-14127-mdc | Robin Parks | 13 | 10/16/20 | N / A | N / A |
| 20-14252-amc | Yesica P. Delvalle | 13 | 10/27/20 | N / A | N / A |
| 20-14416-amc | Troy Thompson | 13 | 11/11/20 | N / A | N / A |
| 20-14443-mdc | Dana M. Wallace | 13 | 11/13/20 | N / A | N / A |
| 20-14623-mdc | Letasha S. Gainey | 13 | 12/02/20 | N / A | N / A |
| 20-14660-mdc | Gwendolyn F. Alexander | 13 | 12/07/20 | N / A | N / A |
| 20-14718-amc | Beverly A. Schaffer | 13 | 12/11/20 | N / A | N / A |
| 20-14817-pmm | Pamela Darlene Johnson | 13 | 12/22/20 | N / A | N / A |
| 21-10004-amc | Dennis E. Nord and Dina Nord | 13 | 01/04/21 | N / A | N / A |
| 21-10206-mdc | Eric K Kowou | 13 | 01/27/21 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/22/2021 14:08:33 | | | |
| **PACER Login:** | michaelcibik | **Client Code:** | |

Live Database Area file:///C:/Users/ClariceArnold/AppData/Local/Microsoft/Windows/INet...

Case 18-11455-amc    Doc 68    Filed 09/22/21    Entered 09/22/21 14:46:31    Desc Main
Document      Page 10 of 10

| Description: | Search | Search Criteria: | LName: cataldo FName: michael Open Cases: included |
|---|---|---|---|
| Billable Pages: | 4 | Cost: | 0.40 |