**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :          CHAPTER 13

Sheila W. Santos-Silva


        DEBTOR                            :          BKY. NO.  18-11455AMC13


**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**


1.  That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the

MOTION TO  MODIFY PLAN   was served to all interested parties via Electronic Means or Via

Regular Mail.

2.        That as of the date hereof, no answer, objection, or request for a Hearing has

been filed with the Clerk's Office or served on the undersigned.

        WHEREFORE, the undersigned respectfully requests an Order be entered.


                                            Respectfully submitted,


DATE:  October 27, 2021                    _____/s/_____
                                            MICHAEL A. CIBIK, ESQUIRE
                                            CIBIK LAW, P.C.
                                            1500 WALNUT STREET, STE. 900
                                            PHILADELPHIA, PA 19102
                                            (215) 735-1060