**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

SHEILA W. SANTOS-SILVA

    DEBTOR : BKY. NO. 18-11455AMC13

**ORDER**

AND NOW, this _____ day of _____ 2021, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *2nd Modified Plan* filed October 12, 2021 as document number 69 is approved.

By the Court:

**Date: November 10, 2021**

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE