United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sheila W. Santos-Silva  
Sheila W. Santos-Silva  
    Debtors

Case No. 18-11455-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 10, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sheila W. Santos-Silva, MAILING ADDRESS, PO Box 27734, Philadelphia, PA 19118-0734 |
| db | +++ | Sheila W. Santos-Silva, 932 E. Roumfort Road, Philadelphia, PA 19150-3216 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sheila W. Santos-Silva mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 2 |

United States Trustee
                 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHEILA W. SANTOS-SILVA | | |
| DEBTOR | : | BKY. NO. 18-11455AMC13 |

## ORDER

AND NOW, this _____ day of _____ 2021, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the 2nd *Modified Plan* filed October 12, 2021 as document number 69 is approved.

By the Court:

**Date: November 10, 2021**

Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE