| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-11455-AMC

SHEILA W  SANTOS-SILVA
P O BOX 27734
PHILADELPHIA  PA    19118-0734

Petition Filed Date: 03/02/2018
341 Hearing Date: 04/20/2018
Confirmation Date: 09/19/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $265.00 | 7568141000 | 05/06/2021 | $265.00 | 7655026000 | 06/14/2021 | $265.00 | 7738092000 |
| 07/08/2021 | $265.00 | 7796666000 | 08/03/2021 | $265.00 | 7853767000 | 09/13/2021 | $265.00 | 7941368000 |
| 10/05/2021 | $265.00 | 7995160000 | 11/09/2021 | $265.00 | 8071620000 | 12/15/2021 | $265.00 | 8147022000 |
| 01/13/2022 | $265.00 | 8207050000 | 01/31/2022 | $265.00 | 8244760000 | 03/04/2022 | $265.00 | 8318096000 |
| 04/11/2022 | $265.00 | 8394517000 | 05/04/2022 | $265.00 | 8443080000 | 06/07/2022 | $265.00 | 8514635000 |
| 07/05/2022 | $265.00 | 8569380000 | | | | | | |

**Total Receipts for the Period: $4,240.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,755.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 009 | Unsecured Creditors | $848.95 | $0.00 | $848.95 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 010 | Unsecured Creditors | $442.92 | $0.00 | $442.92 |
| 12 | CAVALRY SPV INVESTMENTS LLC »» 012 | Unsecured Creditors | $1,767.72 | $0.00 | $1,767.72 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $8,615.28 | $0.00 | $8,615.28 |
| 5 | DEPARTMENT STORES NATIONAL BANK »» 005 | Unsecured Creditors | $731.39 | $0.00 | $731.39 |
| 4 | DEPARTMENT STORE NATIONAL BANK »» 004 | Unsecured Creditors | $454.18 | $0.00 | $454.18 |
| 1 | UNITED STATES TREASURY (IRS) »» 01P | Priority Crediors | $6,899.68 | $6,899.68 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $116.68 | $0.00 | $116.68 |
| 18 | M&T BANK »» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 016 | Unsecured Creditors | $954.52 | $0.00 | $954.52 |
| 17 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 017 | Unsecured Creditors | $767.42 | $0.00 | $767.42 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 013 | Unsecured Creditors | $884.39 | $0.00 | $884.39 |
| 14 | MOMA FUNDING LLC »» 014 | Unsecured Creditors | $604.93 | $0.00 | $604.93 |
| 8 | ONE MAIN FINANCIAL »» 008 | Secured Creditors | $7,469.14 | $2,935.33 | $4,533.81 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PHILADELPHIA GAS WORKS<br>»» 015 | Unsecured Creditors | $1,885.42 | $0.00 | $1,885.42 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,298.50 | $517.32 | $781.18 |
| 20 | PNC BANK<br>»» 020 | Unsecured Creditors | $1,082.91 | $0.00 | $1,082.91 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $718.18 | $0.00 | $718.18 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $528.03 | $0.00 | $528.03 |
| 19 | TD BANK USA NA<br>»» 019 | Unsecured Creditors | $347.59 | $0.00 | $347.59 |
| 2 | CIBIK LAW, PC<br>»» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,755.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $15,102.33 | Arrearages: | $265.00 |
| Paid to Trustee: | $1,408.87 | Total Plan Base: | $25,235.00 |
| Funds on Hand: | $243.80 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.