| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-11455-AMC

SHEILA W  SANTOS-SILVA  
P O BOX 27734  
PHILADELPHIA  PA    19118-0734

Petition Filed Date: 03/02/2018  
341 Hearing Date: 04/20/2018  
Confirmation Date: 09/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $265.00 | 8630056000 | 09/26/2022 | $265.00 | 8725424000 | 10/03/2022 | $265.00 | 8738915000 |
| 11/07/2022 | $265.00 | 8814797000 | 12/07/2022 | $265.00 | 8867755000 | 01/11/2023 | $265.00 | 8930861000 |
| 02/08/2023 | $265.00 | 8986482000 | 03/09/2023 | $265.00 | 9045216000 | 05/04/2023 | $265.00 | 9149671000 |
| 05/08/2023 | $265.00 | 9156587000 | 06/12/2023 | $267.00 | 9218884000 | 07/06/2023 | $265.00 | 9259484000 |

**Total Receipts for the Period: $3,182.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,202.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 009 | Unsecured Creditors | $848.95 | $0.00 | $848.95 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 010 | Unsecured Creditors | $442.92 | $0.00 | $442.92 |
| 12 | CAVALRY SPV INVESTMENTS LLC »» 012 | Unsecured Creditors | $1,767.72 | $0.00 | $1,767.72 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $8,615.28 | $0.00 | $8,615.28 |
| 5 | DEPARTMENT STORES NATIONAL BANK »» 005 | Unsecured Creditors | $731.39 | $0.00 | $731.39 |
| 4 | DEPARTMENT STORE NATIONAL BANK »» 004 | Unsecured Creditors | $454.18 | $0.00 | $454.18 |
| 1 | UNITED STATES TREASURY (IRS) »» 01P | Priority Crediors | $6,899.68 | $6,899.68 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $116.68 | $0.00 | $116.68 |
| 18 | M&T BANK »» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 016 | Unsecured Creditors | $954.52 | $0.00 | $954.52 |
| 17 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 017 | Unsecured Creditors | $767.42 | $0.00 | $767.42 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 013 | Unsecured Creditors | $884.39 | $0.00 | $884.39 |
| 14 | MOMA FUNDING LLC »» 014 | Unsecured Creditors | $604.93 | $0.00 | $604.93 |
| 8 | ONE MAIN FINANCIAL »» 008 | Secured Creditors | $7,469.14 | $5,425.72 | $2,043.42 |
| 15 | PHILADELPHIA GAS WORKS »» 015 | Unsecured Creditors | $1,885.42 | $0.00 | $1,885.42 |

**Chapter 13 Case No. 18-11455-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,298.50 | $946.40 | $352.10 |
| 20 | PNC BANK<br>»» 020 | Unsecured Creditors | $1,082.91 | $0.00 | $1,082.91 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $718.18 | $0.00 | $718.18 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $528.03 | $0.00 | $528.03 |
| 19 | TD BANK USA NA<br>»» 019 | Unsecured Creditors | $347.59 | $0.00 | $347.59 |
| 2 | CIBIK LAW, PC<br>»» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,202.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $18,021.80 | Arrearages: | ($2.00) |
| Paid to Trustee: | $1,697.90 | Total Plan Base: | $25,235.00 |
| Funds on Hand: | $482.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.