| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 18-11455-AMC**

SHEILA W  SANTOS-SILVA
P O BOX 27734
PHILADELPHIA  PA    19118-0734

Petition Filed Date: 03/02/2018
341 Hearing Date: 04/20/2018
Confirmation Date: 09/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $265.00 | 9322485000 | 09/05/2023 | $265.00 | 9364694000 | 10/06/2023 | $265.00 | 9418945000 |
| 11/06/2023 | $265.00 | 9470651000 | 12/04/2023 | $265.00 | 9515984000 | 01/08/2024 | $265.00 | 9571308000 |
| 02/07/2024 | $265.00 | 9621992000 | 03/08/2024 | $265.00 | 9675148000 | 04/18/2024 | $265.00 | 9741277000 |
| 05/06/2024 | $265.00 | 9768987000 | 06/05/2024 | $265.00 | 9818962000 | 07/11/2024 | $265.00 | 9875996000 |

**Total Receipts for the Period: $3,180.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,382.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 009 | Unsecured Creditors | $848.95 | $96.66 | $752.29 |
| 10 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 010 | Unsecured Creditors | $442.92 | $50.41 | $392.51 |
| 12 | CAVALRY SPV INVESTMENTS LLC<br>»» 012 | Unsecured Creditors | $1,767.72 | $201.25 | $1,566.47 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $8,615.28 | $980.73 | $7,634.55 |
| 5 | DEPARTMENT STORE NATIONAL BANK<br>»» 005 | Unsecured Creditors | $731.39 | $74.88 | $656.51 |
| 4 | DEPARTMENT STORE NATIONAL BANK<br>»» 004 | Unsecured Creditors | $454.18 | $46.48 | $407.70 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $6,899.68 | $6,899.68 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $116.68 | $0.00 | $116.68 |
| 18 | M&T BANK<br>»» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 016 | Unsecured Creditors | $954.52 | $108.65 | $845.87 |
| 17 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 017 | Unsecured Creditors | $767.42 | $87.36 | $680.06 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $884.39 | $100.67 | $783.72 |
| 14 | MOMA FUNDING LLC<br>»» 014 | Unsecured Creditors | $604.93 | $61.89 | $543.04 |
| 8 | ONE MAIN FINANCIAL GROUP LLC<br>»» 008 | Secured Creditors | $5,819.91 | $5,819.91 | $0.00 |

**Chapter 13 Case No. 18-11455-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PHILADELPHIA GAS WORKS<br>»» 015 | Unsecured Creditors | $1,885.42 | $214.63 | $1,670.79 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,298.50 | $1,298.50 | $0.00 |
| 20 | PNC BANK<br>»» 020 | Unsecured Creditors | $1,082.91 | $123.30 | $959.61 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $718.18 | $81.72 | $636.46 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $528.03 | $54.05 | $473.98 |
| 19 | TD BANK USA NA<br>»» 019 | Unsecured Creditors | $347.59 | $31.59 | $316.00 |
| 2 | CIBIK LAW, PC<br>»» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,382.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $21,082.36 | Arrearages: | ($2.00) |
| Paid to Trustee: | $2,013.25 | Total Plan Base: | $25,235.00 |
| Funds on Hand: | $286.39 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.