Certificate Number: 16339-PAE-DE-039420386

Bankruptcy Case Number: 18-11455



16339-PAE-DE-039420386

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2025, at 7:52 o'clock AM EDT, Sheila Santos-silva completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 9, 2025

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor