United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11455-amc |
| Sheila W. Santos-Silva | Chapter 13 |
| Sheila W. Santos-Silva | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 03, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Sheila W. Santos-Silva, MAILING ADDRESS, PO Box 27734, Philadelphia, PA 19118-0734 |
| db | +++ | Sheila W. Santos-Silva, 932 E. Roumfort Road, Philadelphia, PA 19150-3216 |
| 14794161 | + | City of Philadelphia School, District of Phiadelphia, c/o Megan N. Harper, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14075858 | + | LakeView Loan Srving LLC, Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14067711 | | Michael Dougherty, Esq., 324 Chestnut Street, Suite 501, Philadelphia, PA 19106 |
| 14067714 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 04 2025 01:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14088743 | Email/Text: bnc-thebureaus@quantum3group.com | Apr 04 2025 01:41:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, VA 98083-0788 |
| 14067701 | Email/Text: megan.harper@phila.gov | Apr 04 2025 01:41:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14067702 | Email/Text: megan.harper@phila.gov | Apr 04 2025 01:41:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14067696 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2025 01:51:01 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14067697 | + Email/Text: bankruptcy@cavps.com | Apr 04 2025 01:41:00 | Cavalry Portfolio Services, ATTN: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14090232 | + Email/Text: bankruptcy@cavps.com | Apr 04 2025 01:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14067698 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2025 01:40:02 | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 14067699 | + Email/Text: ecf@ccpclaw.com | Apr 04 2025 01:41:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14083916 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0313-2                          User: admin                                    Page 2 of 4

Date Rcvd: Apr 03, 2025                    Form ID: 138OBJ                          Total Noticed: 47

| ID | | Method / Email | Timestamp | Recipient |
|---|---|---|---|---|
| | | | Apr 04 2025 01:51:11 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14067705 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 04 2025 02:02:09 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14067725 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 04 2025 01:51:10 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14262667 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 04 2025 01:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14067703 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 04 2025 01:41:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14067704 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 04 2025 01:41:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14067706 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Apr 04 2025 01:41:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14067707 | ^ | MEBN | | |
| | | | Apr 04 2025 01:33:38 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14067708 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Apr 04 2025 01:41:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14103892 | ^ | MEBN | | |
| | | | Apr 04 2025 01:33:32 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14067710 | | Email/Text: camanagement@mtb.com | | |
| | | | Apr 04 2025 01:41:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14639172 | | Email/Text: camanagement@mtb.com | | |
| | | | Apr 04 2025 01:41:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 14091771 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 04 2025 01:41:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14067712 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 04 2025 01:41:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14088231 | | Email/PDF: cbp@omf.com | | |
| | | | Apr 04 2025 01:40:48 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14067713 | + | Email/PDF: cbp@omf.com | | |
| | | | Apr 04 2025 01:40:43 | OneMain Financial, ATTN: Bankruptcy Department, 601 NW 2nd St #300, Evansville, IN 47708-1013 |
| 14067716 | ^ | MEBN | | |
| | | | Apr 04 2025 01:33:49 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14067717 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 04 2025 01:41:00 | PNC Bank, Attn: Bankruptcy Department, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 14106235 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 04 2025 01:41:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14067718 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 04 2025 01:39:58 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 14084769 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 04 2025 01:40:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14067877 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 04 2025 01:50:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14067715 | | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Apr 04 2025 01:41:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14094934 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 04 2025 01:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14067719 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 04 2025 01:50:58 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Apr 03, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | | PO Box 965060, Orlando, FL 32896-5060 |
| 14067720 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2025 01:51:09 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14106234 | + Email/Text: bncmail@w-legal.com | Apr 04 2025 01:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14067723 | Email/Text: DASPUBREC@transunion.com | Apr 04 2025 01:41:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14067721 | + Email/Text: bncmail@w-legal.com | Apr 04 2025 01:41:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14067722 | + Email/Text: bnc-thebureaus@quantum3group.com | Apr 04 2025 01:41:00 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14067724 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2025 01:40:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14067700 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14067709 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025                          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Sheila W. Santos-Silva help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-2                               User: admin                                    Page 4 of 4

Date Rcvd: Apr 03, 2025                            Form ID: 138OBJ                                Total Noticed: 47

SCOTT F. WATERMAN [Chapter 13]
                          ECFMail@ReadingCh13.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)–doc 89 – 88

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   )
    Sheila W. Santos–Silva              )            Case No. 18–11455–amc
                                   )
                                   )
    Sheila W. Santos–Silva              )            Chapter: 13
                                   )
    Debtor(s).                          )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 3, 2025                                   For The Court

                                                     Timothy B. McGrath
                                                   Clerk of Court